KANSAS CITY GUNNING ADVERTISING COM-
PANY v. KANSAS CITY et al., Appellants.

In Banc, March 1, 1912.

Appeal from Jackson Circuit Court.—*Hon. John G.
Park*, Judge.

REVERSED AND REMANDED (*with directions*).

*Francis M. Hayward* and *E. C. Meservey* for ap-
pellant.

*Reed, Yates, Mastin & Harvey* and *McCune, Hard-
ing, Brown & Murphy* for respondents.

BOND, C.—This case is the cross-appeal of the
city and presents for consideration the same ques-
tions decided in the case of the same title reported at
page 659 of this report. For the reasons given in that
case, the same judgment will be entered in this case
which was specifically directed to be entered in that
case, and the cause is reversed and remanded for that
purpose.

PER CURIAM.—The foregoing opinion by BOND,
C., in Division One is adopted as the opinion of the
Court in Banc. All concur except *Graves* and *Brown*,
JJ., who dissent for the reasons expressed by *Graves*,
J., in his dissenting opinion in the St. Louis cases, 235
Mo. 99.